John E. Rodarte Sr.
T.D.C.J.# 1263270
Clements Unit
9601 Spur 591
Amarillo,Texas 79107-9606

Fourth Court Of Appeals
300 Dolorosa St.,#3200
San Antonio,Texas 78205

2015 JAN-5 PM 2:51 FILED IN THE COURT OF APPEALS AT SAN ANTONIO,TX

December 29,2014

RE: Yet Undocketed Appeal For Cause Rodarte Sr. Vs.Bexar County,
Texas,Sheriff Ralph Lopez,Et Al 2005-CI-18884

Dear Clerk:

I am writing your office,so that the proper modes of applicable
law and court proceedings may occur. I had a hearing under Bill Of
Review on October 20,2014 and was dismissed. My issue here,or issues
are simple,first,a hearing was conducted by judge,when a jury should
have done,conducted the hearing on my concerns not the judge.

To add insult to injury,as caselaw would show,the issue of service
was an issue to be determined by a jury Mercedes Benz Corp. Vs.Rhyne
Caldwell Vs.Barnes. Again,the case was already placed on the jury
docket for September 2015,and was dismissed without any agreement
from me to remove the case from jury docket for the hearing on
October 20,2014.

This is compounded by my filing for new trial,which has not been
acknowledged,and appears to me that it is being denied under oper-
ation of law. Therefore,I must submit to further delay by going the
appeals route yet again.

I am at my wits end,and feel that I must litigate my civil rights
further in District Court by means of Title 42USC§1983,which would
encompass a few of my questionable handled cases in Bexar County,
Texas,not because I lost,but because the law was not adhered to
correctly,or only in the favor of those I was against in court.

So to cover myself,I must request the forms,necessary for the
docketing of an appeal in this court for the above styled and
numbered cause of action. The case stated above,should have had its
day in court before a jury.

Another thing,the law library here is severely inadequate and
non-compliant with the law,when it comes to having the same up to
date legal research materials as the state,prosecutors,and 'free-
world'litigants,thus an unfair advantage on all accounts.

Sincerely Yours,

J.R./j.r.
12/29/2014

John E. Roderte Sr.
T.D.C.J. # 1263270
Clements Unit
9601 Spur 591
Amarillo,Texas 79107-9606

LEGAL MAIL
LEGAL MAIL
LEGAL MAIL

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JAN -5 PM 2:51

Keith E. Hottle
CLERK

Fourth Court Of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St.,Suite 3200
San Antonio,Texas 78205-3037

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION